IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

VALLEY NATIONAL GASES, INC.,

        Plaintiff,

v.                              CIVIL ACTION NO. 2:05-cv-00388

LOGAN GENERAL HOSPITAL, LLC,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

Pending before the court is the defendant's motion to dismiss the complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. [Docket 3].

The court finds that the complaint clearly states a cause of action against the defendant, and the motion [Docket 3] is **DENIED**. The court **DIRECTS** the Clerk to send a copy of this written opinion and Order to counsel of record and any unrepresented party.

                              ENTER:      August 1, 2005

                              _____
                              JOSEPH R. GOODWIN
                              UNITED STATES DISTRICT JUDGE